USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

YASEEN TRAYNOR, on behalf of himself and
all others similarly situated,

                                    Plaintiffs,

– against –

REDBUBBLE, INC.,

                                    Defendant.

ECF Case

19-CV-00945 (PGG) (SN)

**STIPULATION EXTENDING TIME
TO RESPOND TO THE COMPLAINT
AND CONSENTING TO
ELECTRONIC SERVICE OF
DOCUMENTS**

WHEREAS, on January 31, 2019, plaintiff Yaseen Traynor ("Plaintiff") filed a
Complaint against defendant Redbubble, Inc. ("Defendant") in the United States District Court
for the Southern District of New York;

WHEREAS, Defendant understands that an Affidavit of Service, providing that
Defendant was served with the Complaint through the Secretary of State in or about February
2019;

WHEREAS, Defendant's response to the Complaint is currently due on March 1, 2019;

WHEREAS, Defendant has retained the undersigned counsel to represent Defendant in
the above-referenced matter and requires a period of time to conduct its initial investigation of
Plaintiff's allegations and prepare a response to the Complaint; and

WHEREAS, the Court has not yet scheduled an Initial Conference and an extension of
the deadline at issue would not affect any scheduled dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between
counsel for Plaintiff and counsel for Defendant that the deadline for Defendant to respond to the
Complaint is extended 30 days until April 1, 2019.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for

Plaintiff and counsel for Defendant that both parties consent to electronic service of all

documents pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      February 27, 2019

Respectfully submitted:

| STEIN SAKS, PLLC | FOX ROTHSCHILD LLP |
|---|---|
| By: _/s/Dov Michael Mittelman_ | By: _/s/Ernest Edward Badway_ |
| Dov Michael Mittelman, Esq. | Ernest Edward Badway, Esq. |
| 285 Passaic Street | 101 Park Avenue, Suite 1700 |
| Hackensack, NJ 07601 | New York, New York 10178 |
| Telephone: (201) 282-6500 ext. 107 | Telephone: (212) 878-7986 |
| Facsimile: (201) 282-6501 | Facsimile: (212) 692-0940 |
| _Attorneys for Plaintiff_ | _Attorneys for defendant Redbubble Inc._ |

**SO ORDERED.**

_____
SARAH NETBURN

February 28, 2019         United States Magistrate Judge
New York, New York

2