UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yaseen Traynor on behalf of himself and all others similarly situated,
    Plaintiff,

v.                                 CASE NO.: 1:19-cv-945

Redbubble, Inc.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Yaseen Traynor and the Defendant Redbubble, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 20, 2019

| For Plaintiff Yaseen Traynor | For Defendant Redbubble, Inc. |
|---|---|
| /s/ David Paul Force<br>David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>Dforce@steinsakslegal.com | /s/ Ernest Edward Badway<br>Ernest Edward Badway<br>Fox Rothschild LLP<br>101 Park Ave 17th floor<br>New York, NY 10178<br>Ph: (212) 878-7900<br>ebadway@foxrothschild.com |

## CERTIFICATE OF SERVICE

I certify that on June 27, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David Paul Force*
David Paul Force